# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : INDICTMENT NO. |
| | : |
| | : 1:19-CR-10041-JDB |
| | : |
| CHARLES ALSTON, M.D., ET AL | : |

**SUPPLEMENTAL MOTION FOR SEVERANCE [DOC. 65]**

COMES NOW Defendant Charles Alston, by and through undersigned counsel, and requests this Honorable Court for an oral argument in this matter.

Respectfully submitted, this the 19th day of June, 2019.

/s/ *Manubir S, Arora*
MANUBIR S. ARORA
GA Bar No. 061641
Attorney for Defendant
75 W. Wieuca Road, N.E.
Atlanta, Georgia 30342
Office (404) 881-8866
manny@aroralascala.com

/s/ *Worrick Robinson*
WORRICK ROBINSON
TN Bar No. 015009
Attorney for Defendant
446 James Robertson Pkwy
Suite 200
Nashville, TN 37219
Office (615) 726-0900
wrobinson@rrylaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : INDICTMENT NO. |
| | : |
| | : 1:19-CR-10041-JDB |
| | : |
| CHARLES ALSTON, M.D., ET AL | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this day (6/19/19), I have e-filed a copy of the within and foregoing **Supplemental Motion for Severance** upon all parties involved via the federal e-filing system

/s/ *Manubir S, Arora*
MANUBIR S. ARORA
GA Bar No. 061641
75 W. Wieuca Road, N.E.
Atlanta, Georgia 30342
Office (404) 881-8866
manny@aroralascala.com

/s/ *Worrick Robinson*
WORRICK ROBINSON
TN Bar No. 015009
446 James Robertson Pkwy
Suite 200
Nashville, TN 37219
Office (615) 726-0900
wrobinson@rrylaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | INDICTMENT NO. |
| | : | |
| | : | 1:19-CR-10041-JDB |
| | : | |
| CHARLES ALSTON, M.D., ET AL | : | |

### CERTIFICATE OF CONSULTATION

I hereby certify that on this day (6/19/19), opposing counsel was contacted via electronic mail and informed of Defendant's intention of filing the within and foregoing **Supplemental Motion for Severance,** and on this day (6/19/19), counsel for the Government has not notified Defendant of its stance on the motion at hand.

/s/ *Manubir S, Arora*
MANUBIR S. ARORA
GA Bar No. 061641
75 W. Wieuca Road, N.E.
Atlanta, Georgia 30342
Office (404) 881-8866
manny@aroralascala.com

/s/ *Worrick Robinson*
WORRICK ROBINSON
TN Bar No. 015009
446 James Robertson Pkwy
Suite 200
Nashville, TN 37219
Office (615) 726-0900
wrobinson@rrylaw.com