## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | INDICTMENT NO. |
| CHARLES ALSTON, M.D., *et al.*, | 1:19-CR-10041-JDB |
| Defendants. | |

## MOTION FOR DISCLOSURE OF
## KNOWN CO-CONSPIRATORS

COMES NOW, Defendant Charles Alston ("Defendant"), by and through undersigned counsel and pursuant to Rules 6, 7, 12, and 16 of the Federal Rules of Criminal Procedure, the Fifth and Sixth Amendments to the United States Constitution, and the inherent powers of this Court to order and regulate discovery in order to secure a fair trial, and respectfully requests this honorable Court to order the Government to provide Defendant with the following discovery:

1. A list of the names of any alleged co-conspirators known to the Government, and any witnesses who have been granted statutory or de facto immunity as to the offenses charged in the indictment or in any related indictments;

2. A statement of whether or not any alleged known co-conspirators in this case or any such person in any related case has provided information to the Government about the offenses charged in an effort to obtain

consideration, i.e., has cooperated or has indicated an intention to provide

such information, and, if so, the date when any such communications

commenced and the substance of any such communications; and

3. Disclosure of any statements by any alleged known co-conspirator that

the Government intends to offer pursuant to Fed. R. Evid. 801(d)(2)(E),

804(b)(3), 807, or any co-conspirator statements within the custody or

control of the Government, the existence of which is known, or by the

exercise of due diligence may become known.  As to such statements,

either written or transcribed, that the Court order that the Government

provide defense counsel with a copy of same; as to any such oral

statements, that the Court order that the Government provide in written

form at least their substance.

This Court has discretionary power to grant this motion to disclose the known

co-conspirators so that Defendant can adequately prepare for trial and avoid or

minimize the danger of surprise at the time of trial.  *U.S. v. Crawford*, No. 04-20103

DV, 2004 WL 2905394 at *4 (W.D. Tenn.).  The defense is entitled to know about

those co-conspirators' statements that led to criminal charges.  Critical statements

such as whether there were interactions with Defendant, what took place during

those interactions, what time frame those interactions occurred, and where those

interactions occurred are crucial to Defendant's preparation for trial.

If Defendant is denied access to these statements of the known co-conspirators, he is being denied access to a fair trial.   Without the requested information above, Defendant would be unable to research any of these known co-conspirators and would be unable to determine whether Defendant needs to file a subsequent motion for severance.

Respectfully submitted this 20th day of August, 2019.

*/s/ Manubir S. Arora*
MANUBIR S. ARORA
Georgia Bar No. 061641
75 W Wieuca Rd. NE
Atlanta, Georgia 30342
Office (404) 881-8866
Facsimile (404) 865-3525
manny@aroralascala.com

*/s/ Worrick Robinson*
WORRICK ROBINSON
Tennessee Bar No. 015009
446 James Robertson Pkwy
Suite 200
Nashville, TN 37219
Office (615) 726-0900
wrobinson@rrylaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

UNITED STATES OF AMERICA,

v.                                                                  INDICTMENT NO.

CHARLES ALSTON, M.D., *et al.*,                                      1:19-CR-10041-JDB

     Defendants.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and

foregoing **MOTION FOR DISCLOSURE OF KNOWN CO-**

**CONSPIRATORS** upon all parties involved via the federal e-filing system.

This 20th day of August, 2019.

*/s/ Manubir S. Arora*
MANUBIR S. ARORA
Georgia Bar No. 061641
75 W Wieuca Rd. NE
Atlanta, Georgia 30342
Office (404) 881-8866
Facsimile (404) 865-3525
manny@aroralascala.com

/s/ *Worrick Robinson*
WORRICK ROBINSON
Tennessee Bar No. 015009
446 James Robertson Pkwy
Suite 200
Nashville, TN 37219
Office (615) 726-0900
wrobinson@rrylaw.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

UNITED STATES OF AMERICA,

v.                                                    INDICTMENT NO.

CHARLES ALSTON, M.D., *et al.*,                        1:19-CR-10041-JDB

    Defendants.

## CERTIFICATE OF CONSULTATION

I hereby certify that on August 16, 2019, opposing counsel was contacted via electronic mail and informed of Defendant's intention of filing the within and foregoing **MOTION FOR DISCLOSURE OF KNOWN CO-CONSPIRATORS**, and on this day (8/20/19), counsel for the Government has not notified Defendant of its stance on the motion at hand.

*/s/ Manubir S. Arora*
MANUBIR S. ARORA
Georgia Bar No. 061641
75 W Wieuca Rd. NE
Atlanta, Georgia 30342
Office (404) 881-8866
Facsimile (404) 865-3525
manny@aroralascala.com

*/s/ Worrick Robinson*
WORRICK ROBINSON
Tennessee Bar No. 015009
446 James Robertson Pkwy
Suite 200
Nashville, TN 37219

Office (615) 726-0900
wrobinson@rrylaw.com