

**U.S. Department of Justice**

Criminal Division

---

November 22, 2019

**Leslie I. Ballin**  
Ballin Ballin Ballin & Fishman  
200 Jefferson Ave., Ste. 1250  
Memphis, TN 38103  
(901) 525 – 6278  
lballin@bbfpc.com

**Manubir S. Arora**  
Manubir S. Arora  
75 West Wieuca Road NE  
Atlanta, GA 30342  
(404) 881 - 8866  
manny@mannyarora.com

      **RE:**    *United States v. Petway, et al.*  
             CR. No. 19-cr-10041-JDB

Dear Counsel:

      In accordance with the discovery obligations of the United States toward your client, the Government is producing, via USAFx, bank records and copies of prescriptions.

      Please note that the patient records you have received contain copies of prescriptions. In accordance with the Court's instruction, if there are any additional prescriptions that we obtain (i.e. copies not included in what has already been provided), we will produce a copy by next Friday, November 29, 2019.

      We are also attaching to this letter a log of what has been produced to you in this case. If you have any questions or concerns about the contents of the log, please do not hesitate to contact me. In the first production in May 2019, you received a report titled, "UC Visit w Petway N-2, N-3, N-4-2018.02.22." This report provides a summary of the review of footage from an audio/visual device. We do not have a record of the actual footage being uploaded at the time the report was provided. We have uploaded this footage to USAFx.

      If you have any questions or difficulties regarding this production, please do not hesitate to contact me.

      Respectfully,

      s/Jillian Willis  
      Jillian Willis  
      Trial Attorney  
      U.S. Department of Justice  
      Criminal Division, Fraud Section  
      (202) 257 – 5852  
      Jillian.Willis2@usdoj.gov

Enclosures/Production 3 via USAfx  
      Discovery Log Attached



**U.S. Department of Justice**

Criminal Division

November 29, 2019

| | |
|---|---|
| **Leslie I. Ballin**<br>Ballin Ballin Ballin & Fishman<br>200 Jefferson Ave., Ste. 1250<br>Memphis, TN 38103<br>(901) 525 – 6278<br>lballin@bbfpc.com | **Manubir S. Arora**<br>Manubir S. Arora<br>75 West Wieuca Road NE<br>Atlanta, GA 30342<br>(404) 881 - 8866<br>manny@mannyarora.com |

RE:   *United States v. Petway, et al.*
       CR. No. 19-cr-10041-JDB

Dear Counsel:

We have uploaded, via USAFx, additional copies of prescriptions received from pharmacies. We have also uploaded a report and email related to defendant Petway's travel.

If you have any questions or difficulties regarding this production, please do not hesitate to contact me.

Respectfully,

s/Jillian Willis
Jillian Willis
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
(202) 257 – 5852
Jillian.Willis2@usdoj.gov

Enclosures/Production 4 via USAfx