# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | INDICTMENT NO. |
| CHARLES ALSTON, M.D., *et al.*, | 1:19-CR-10041-JDB |
| Defendants. | |

*REQUEST FOR JURY INSTRUCTIONS*

COMES NOW, Defendant Charles Alston ("Defendant"), by and through undersigned counsel, and respectfully moves this Court to instruct the jury as to the following charges:

**Pattern Instructions**:

1.02 Juror's Duties
1.03 Presumption of Innocence, Burden of Proof, Reasonable Doubt
1.04 Evidence Defined
1.05 Consideration of Evidence
1.07 Credibility of Witnesses
1.08 Number of Witnesses
1.09 Lawyers' Objections
2.01C Separate Consideration – Multiple Defendants Charged with Same Crimes
2.02 Definition of a Crime
3.01A Conspiracy to Commit an Offense
3.02 Agreement
3.03 Defendant's Connection to the Conspiracy
3.04 Overt Acts
3.11B Withdrawal as a Defense to Substantive Offenses Committed by Others
6.01 Defense Theory
14.02 Distribution of a Controlled Substance (21 U.S.C. § 841(a)(1))
14.05 Conspiracy to Violate the Drug Laws (21 U.S.C. § 846)
14.07A Unanimity Required: Determining Amount of Controlled Substance § 841

14.07B Unanimity Required: Determining Amount of Controlled Substance § 846

**Non-Pattern Instructions**:

Good Faith

Even if you find that the Defendant did prescribe controlled substances outside of ordinary professional medical practice and without a legitimate medical purpose, if he/she did so in a reasonable belief that he/she was acting within the scope of ordinary professional medical practice or for a legitimate medical purpose, then he/she did not do so knowingly or intentionally. *United States v. Godofsky*, 943 G.3d 1011, 1019-30 (6th Cir. 2019).

Wherefore, Defendant respectfully requests this Court to instruct the jury on the above-listed charges.

Respectfully submitted this 26th day of December 2019.

/s/ *Manubir S. Arora*
MANUBIR S. ARORA
Georgia Bar No. 061641
75 W Wieuca Rd. NE
Atlanta, Georgia 30342
Office (404) 881-8866
Facsimile (404) 865-3525
manny@aroralascala.com

/s/ *Worrick Robinson*
WORRICK ROBINSON
Tennessee Bar No. 015009
446 James Robertson Pkwy
Suite 200
Nashville, TN 37219
Office (615) 726-0900
wrobinson@rrylaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | INDICTMENT NO. |
| CHARLES ALSTON, M.D., *et al.*, | 1:19-CR-10041-JDB |
| Defendants. | |

## *CERTIFICATE OF SERVICE*

I hereby certify that I have this day served a copy of the within and foregoing *REQUEST FOR JURY INSTRUCTIONS* upon all parties involved via the federal e-filing system.

This 26th day of December 2019.

/s/ *Manubir S. Arora*
MANUBIR S. ARORA
Georgia Bar No. 061641
75 W Wieuca Rd. NE
Atlanta, Georgia 30342
Office (404) 881-8866
Facsimile (404) 865-3525
manny@aroralascala.com

/s/ *Worrick Robinson*
WORRICK ROBINSON
Tennessee Bar No. 015009
446 James Robertson Pkwy
Suite 200
Nashville, TN 37219
Office (615) 726-0900
wrobinson@rrylaw.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | INDICTMENT NO. |
| CHARLES ALSTON, M.D., *et al.*, | 1:19-CR-10041-JDB |
| Defendants. | |

### *CERTIFICATE OF CONSULTATION*

I hereby certify that on this day (12/26/19), opposing counsel was contacted via electronic mail and informed of Defendant's intention of filing the within and foregoing *REQUEST FOR JURY INSTRUCTIONS*, and on this day (12/26/19), counsel for the Government has not notified Defendant of its stance on the motion at hand. Notwithstanding, the Government has objected to all other motions by Defendant.

*/s/ Manubir S. Arora*
MANUBIR S. ARORA
Georgia Bar No. 061641
75 W Wieuca Rd. NE
Atlanta, Georgia 30342
Office (404) 881-8866
manny@aroralascala.com

*/s/ Worrick Robinson*
WORRICK ROBINSON
Tennessee Bar No. 015009
446 James Robertson Pkwy
Suite 200
Nashville, TN 37219

Office (615) 726-0900
wrobinson@rrylaw.com