# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | INDICTMENT NO. |
| CHARLES ALSTON, M.D., *et al.*, | 1:19-CR-10041-JDB |
| Defendants. | |

### *MOTION TO CONTINUE TRIAL*

COMES NOW, Defendant Charles Alston ("Defendant"), by and through undersigned counsel, and respectfully requests this Court to continue the trial, currently set for 1/6/2020. Defendant shows this Court the following:

1.

Defendant Alston's trial is currently set for 1/6/2020.

2.

Undersigned Counsel's (Mr. Arora) aunt is in very critical condition at Northside Hospital in Atlanta, GA. She is currently on a ventilator and an induced coma. Mr. Arora is requesting a 30-day continuance.

3.

Undersigned Counsel has consulted with both AUSA Jillian Willis and Mr. Leslie Ballin, Counsel for Co-defendant Petway, and there are no objections.

Wherefore, Defendant respectfully requests this Court to continue this trial for at least 30 days.

Respectfully submitted this 2nd day of January 2020.

/s/ *Manubir S. Arora*
MANUBIR S. ARORA
Georgia Bar No. 061641
75 W Wieuca Rd. NE
Atlanta, Georgia 30342
Office (404) 881-8866
Facsimile (404) 865-3525
manny@aroralascala.com

/s/ *Worrick Robinson*
WORRICK ROBINSON
Tennessee Bar No. 015009
446 James Robertson Pkwy
Suite 200
Nashville, TN 37219
Office (615) 726-0900
wrobinson@rrylaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | INDICTMENT NO. |
| CHARLES ALSTON, M.D., *et al.*, | 1:19-CR-10041-JDB |
| Defendants. | |

### *CERTIFICATE OF SERVICE*

I hereby certify that I have this day served a copy of the within and foregoing MOTION TO CONTINUE TRIAL upon all parties involved via the federal e-filing system.

This 2nd day of January 2020.

> */s/ Manubir S. Arora*
> MANUBIR S. ARORA
> Georgia Bar No. 061641
> 75 W Wieuca Rd. NE
> Atlanta, Georgia 30342
> Office (404) 881-8866
> Facsimile (404) 865-3525
> manny@aroralascala.com
>
> */s/ Worrick Robinson*
> WORRICK ROBINSON
> Tennessee Bar No. 015009
> 446 James Robertson Pkwy
> Suite 200
> Nashville, TN 37219
> Office (615) 726-0900
> wrobinson@rrylaw.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | INDICTMENT NO. |
| CHARLES ALSTON, M.D., *et al.*, | 1:19-CR-10041-JDB |
| Defendants. | |

### *CERTIFICATE OF CONSULTATION*

I hereby certify that on this day (1/2/2020), opposing counsel was contacted via electronic mail and informed of Defendant's intention of filing the within and foregoing <u>MOTION TO CONTINUE TRIAL</u>, and on this day (1/2/2020), counsel for the Government has no objections to the motion.

/s/ *Manubir S. Arora*
MANUBIR S. ARORA
Georgia Bar No. 061641
75 W Wieuca Rd. NE
Atlanta, Georgia 30342
Office (404) 881-8866
manny@aroralascala.com

/s/ *Worrick Robinson*
WORRICK ROBINSON
Tennessee Bar No. 015009
446 James Robertson Pkwy
Suite 200
Nashville, TN 37219
Office (615) 726-0900
wrobinson@rrylaw.com