# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | INDICTMENT NO. |
| CHARLES ALSTON, M.D., *et al.*, | 1:19-CR-10041-JDB |
| Defendants. | |

## *ORDER*

Before the Court is the January 2, 2020, motion of Defendant, Charles Alston, to continue trial (DOC. 155).

For good cause shown, the trial in this matter shall be continued for at least 30 days. A Report Date/Status Conference has been set for WEDNESDAY, FEBRUARY 5, 2020 at 11:00 a.m.

The period from January 6, 2020 through February 5, 2020, is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice is served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 3rd day of January 2020.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE