# IN THE UNITED STATED DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL CASE NO. 1:19-CR-10041-JDB |
| BRITNEY PETWAY, N.P., and CHARLES ALSTON, M.D., | |
| Defendants. | |

## ORDER

This matter is before the Court on Defendant Charles Alston's Motion for Continuance. (Docket Entry ("D.E.") 188.) This case is currently set for trial commencing on July 12, 2021. In his motion, Defendant Alston states that he will need additional time to review new information which the Government produced on May 18 and 26, 2021. Co-Defendant Britney Petway has not filed a motion opposing the continuance. The Government also has not filed a motion opposing a continuance. The Court finds that in light of the circumstances set out in the Motion for Continuance (D.E. 188), it would be unreasonable to expect defense counsel to prepare this criminal action adequately for trial prior to July 12, 2021.

It is ORDERED that Defendant Alston's Motion for Continuance (D.E. 188) is hereby GRANTED and that trial in this criminal action shall be continued for at least 60 days. It is further ORDERED that a pretrial conference will be held in this matter at a time to be announced later.

IT IS SO ORDERED this ___ day of June, 2021.

/s/_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE