# ARORA LAW FIRM, LLC
TRIAL ATTORNEYS

75 West Wieuca Road NE · Atlanta, Georgia · 30342
404.609.4664 (w) · 404.865.3535 (f) · manny@arora-law.com

5 January 2022

**VIA CM/ECF**

Courtroom Deputies
U.S. Courthouse
167 N. Main Street
Room 242
Memphis, TN 38103

    Re: **Notice of Unavailability**

Dear Courtroom Deputies:

    Pursuant to Local Rules, I hereby request a leave of unavailability for the following:

  A.  April 2 – April 15, 2022

To date, no matters have been set during the requested leave of absence. Accordingly, I request that no court appearances be scheduled during the requested leave of unavailability.

                                        Sincerely,

                                        /s/ *Manubir S. Arora*
                                        MANUBIR S. ARORA
                                        Georgia Bar No. 061641

                                        Arora Law, LLC
                                        75 W. Wieuca Road, N.E.
                                        Atlanta, Georgia 30342
                                        Office: (404) 609-4664
                                        Fax: (404) 865-3525
                                        manny@arora-law.com

cc:    Counsel of Record (via CM/ECF)